# EXHIBIT D

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Texas  ▼

Q2 Software, Inc.

v.

Radius Bank

Case No.:  1:18-cv-00878-RP

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___01/24/2020___ against ___Defendant Radius Bank___ ,

                                        *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | 324.10 |
| Fees for service of summons and subpoena  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 535.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 13,668.20 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,589.50 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL  $ | 18,156.80 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service            ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:    /s/ Manasi Rodgers

Name of Attorney:  Manasi Rodgers

For:  _____Q2 Software, Inc._____            Date:  __02/21/2020__

                  *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
    *Clerk of Court*                          *Deputy Clerk*                          *Date*

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Fidelity National Information Services, Inc. 601 Riverside Ave., Jacksonville, FL 32204 | | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print this page

# Envelope 27429386

**Case Information**

| | |
|---|---|
| Location | Travis County - District Clerk |
| Date Filed | 9/11/2018 3:35 PM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Ryan Pierce |
| Firm Name | Reeves & Brightwell LLP |
| Filed By | Susan Serna |
| Filer Type | Not Applicable |
| Damages Sought | Over $200,000 but not more than $1,000,000 |

**Fees**

| | |
|---|---|
| Convenience Fee | $9.10 |
| Total Court Case Fees | $307.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $8.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Total Taxes (for non-court fees) | $0.00 |
| Grand Total | $324.10 |

**Payment**

| | |
|---|---|
| Account Name | Joyce's Visa |
| Transaction Amount | $324.10 |
| Transaction Response | |
| Transaction ID | 41657909 |
| Order # | 027429386-0 |

**Petition**

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition |
| Filing Description | Plaintiff's Original Petition and Request for Disclosures |
| Reference Number | Q2E100.00003 |
| Comments | |

*Professional Civil Process*

# INVOICE

REMIT PAYMENT TO:
*103 Vista View Trail*
*Spicewood TX 78669*

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE
DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

**Bill To:**
O'Carroll, Sinead
Reeves & Brightwell LLP
221 W 6th St Ste 1000
Austin TX 78701

| Customer | Date | Invoice |
|----------|----------|-----------|
| 28124 | 09/21/18 | A18902958 |

Phone: (512) 334-4505
Fax# : (512) 334-4492

**Case Information:** Q2 SOFTWARE, INC
vs. RADIUS BANK
**Court#** 200th District Court of TRAVIS County
**Case#** D-1-GN-18-005492
**Firm's File Number** D-1-GN-18-005492

**Regarding:** Personally Served Radius Bank at One Harbor Street Ste 200 Boston, MA 02210 on
09/19/18 at 13:50:00
**Documents:** CITATION; PLAINTIFF'S ORIGINAL PETITION & REQUEST FOR DISCLOSURES.

**RUSH SERVICE REQUEST**

OT   RUSH O/S SERVED          175.00

!is

| | | |
|---|---|---|
| INVOICE TOTAL: | $ | 175.00 |
| PAID TO DATE: | $ | .00 |
| LATE FEE: | $ | .00 |
| BALANCE DUE: | $ | 175.00 |

-------------------------------[PLEASE DETACH AND RETURN]-------------------------

*Professional Civil Process*

**Bill To:**
O'Carroll, Sinead
Reeves & Brightwell LLP
221 W 6th St Ste 1000
Austin TX 78701

a

| Customer | Date | Invoice |
|----------|----------|-----------|
| 28124 | 09/21/18 | A18902958 |

BALANCE DUE:     $ 175.00

Return to: Professional Civil Process
103 Vista View Trail
Spicewood TX 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE),
ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY
STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE
CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.
jackiem

# I N V O I C E



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 597249 | 11/8/2019 | 267869 |

| Job Date | Case No. |
|---|---|
| 11/20/2019 | 1:18-CV-00878-RP |

| Case Name |
|---|
| Q2 Software vs. Radius Bank |

Manasi Rodgers
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

| Robert Landstein c/o HarborOne Bank - Subpoena | 175.00 |
|---|---|
| | **TOTAL DUE >>>**      **$175.00** |

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please do NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                                Phone: 512-334-4500   Fax:

*Please detach bottom portion and return with payment.*

Manasi Rodgers
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 267869 | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software vs. Radius Bank | | |
| Invoice No. | : 597249 | Invoice Date | : 11/8/2019 |
| **Total Due** | **: $175.00** | | |

Remit To:   **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

**PAYMENT WITH CREDIT CARD**       

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 587786 | 9/3/2019 | 256405 |
| Job Date | Case No. | |
| 9/17/2019 | 1:18-CV-00878-RP | |
| Case Name | | |
| Q2 Software vs. Radius Bank | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Mansi Rodgers, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| Kevin Feeney c/o The Provident Bank - Subpoena | 185.00 |
|---|---|
| | TOTAL DUE >>>  **$185.00** |

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                    Phone: 512-334-4500   Fax:

*Please detach bottom portion and return with payment.*

Mansi Rodgers, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| Job No. | : 256405 | BU ID | : Texas |
|---|---|---|---|
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software vs. Radius Bank | | |
| Invoice No. | : 587786 | Invoice Date | : 9/3/2019 |
| **Total Due** | : **$185.00** | | |

Remit To:   **Huseby Global Litigation**
            **P.O. Box 6180**
            **Hermitage, PA  16148-0922**

**PAYMENT WITH CREDIT CARD**            AMEX  MasterCard  VISA

| Cardholder's Name: |
|---|
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:                    Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |



**REEVES & BRIGHTWELL**
ATTORNEYS AT LAW

MANASI RODGERS
Attorney
512.334.4496
512.334.4492 (fax)
mrodgers@reevesbrightwell.com

August 26, 2019

***Via Hand Delivery***
Christopher R. Mugica
Jackson Walker
100 Congress Ave., Suite 1100
Austin TX  78701

      Re:    No. 1:18-cv-00878-RP, Q2 Software, Inc. v. Radius Bank, In the United States District Court, Western District of Texas, Austin Division

Dear Christopher:

    Attached in the referenced matter are:

1) Subpoena to Testify at a Deposition in a Civil Action to Fidelity National Information Services, Inc.
2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Fidelity National Information Services, Inc.; and
3) Witness Fee Check for $40.00

    Thank you for agreeing to accept service of these subpoenas.

                Sincerely,

                Manasi Rodgers

Attachments

REEVES & BRIGHTWELL LLP
221 W. SIXTH ST #1000
AUSTIN, TX 78701

1297

32-61-1110

PAY TO THE ORDER OF _Fidelity National Information Services, Inc._   $ 40 00

DATE _9.26.2019_

_Forty and 00/00_

DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _Q2 v. Radius Bank – witness fee_

⑈001297⑈ ⑆111000614⑈   704727539⑈

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 599835 | 11/19/2019 | 262557 |

| Job Date | Case No. |
|---|---|
| 10/29/2019 | 1:18-CV-00878-RP |

| Case Name |
|---|
| Q2 Software, Inc. vs. Radius Bank |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Mansi Rodgers, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

ORIGINAL TRANSCRIPT OF:

Kevin Feeney                                                                                    758.00

**TOTAL DUE  >>>**                    **$758.00**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                                Phone: 512-334-4500   Fax:

---

*Please detach bottom portion and return with payment.*

Mansi Rodgers, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 262557 | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software, Inc. vs. Radius Bank | | |
| Invoice No. | : 599835 | Invoice Date | : 11/19/2019 |
| **Total Due** | **: $758.00** | | |

Remit To:   **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:                      Phone#:

Billing Address:

Zip:                      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 596985 | 11/19/2019 | 262571 |

| Job Date | Case No. | |
|---|---|---|
| 10/29/2019 | 1:18-CV-00878-RP | |

| Case Name | |
|---|---|
| Q2 Software, Inc. vs. Radius Bank | |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Mansi Rodgers, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

---

Video Services
    Kevin Feeney

                                                                              580.00

                                          **TOTAL DUE >>>**           **$580.00**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

Phone: 512-334-4500   Fax:

---

*Please detach bottom portion and return with payment.*

Mansi Rodgers, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 262571 | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software, Inc. vs. Radius Bank | | |
| Invoice No. | : 596985 | Invoice Date | : 11/19/2019 |
| **Total Due** | **: $580.00** | | |

Remit To:   **Huseby Global Litigation**
              **P.O. Box 6180**
              **Hermitage, PA  16148-0922**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140089791 | 10/31/2019 | 311850 |
| **Job Date** | **Case No.** | |
| 10/16/2019 | 118CV00878 | |
| **Case Name** | | |
| Q2 Software, INC. v. Radius Bank | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Manasi Rodgers
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX 78701

ORIGINAL AND ONE ELECTRONIC CERTIFIED COPY TRANSCRIPT OF:

    Damon Greenberg                                            2,593.70

        Delivery Original Waived or After R&S

    (TAXABLE  $2,538.70)

| | |
|---|---|
| **TOTAL DUE >>>** | **$2,593.70** |
| AFTER 12/15/2019 PAY | $2,982.76 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Tax ID: 76-0523238                                           Phone: 512-334-4500   Fax:512-334-4492

*Please detach bottom portion and return with payment.*

Manasi Rodgers
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX 78701

| Invoice No. | : | 140089791 |
|---|---|---|
| Invoice Date | : | 10/31/2019 |
| **Total Due** | : | **$2,593.70** |

AFTER 12/15/2019 PAY  $2,982.76

Remit To:   **U.S. Legal Support**
           **P.O. Box 4772-14**
           **Houston, TX  77210-4772**

| Job No. | : | 311850 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 118CV00878 |
| Case Name | : | Q2 Software, INC. v. Radius Bank |

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140089560 | 10/30/2019 | 311851 |
| **Job Date** | **Case No.** | |
| 10/16/2019 | 118CV00878 | |
| **Case Name** | | |
| Q2 Software, INC. v. Radius Bank | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Manasi Rodgers
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX  78701

VIDEOTAPE SERVICES OF:

| | | | | | |
|---|---|---|---|---|---|
| Greenberg, Damon | | | | | 0.00 |
| Videotape 1st Hour | | | | 250.00 | 250.00 |
| Videotape Additional Hours | 9.00 | Hours | @ | 125.00 | 1,125.00 |
| Video Conversion - CD/DVD/MPEG | | | | 30.00 | 30.00 |
| Videotape Media and Master Archive | 10.00 | Disks | @ | 10.00 | 100.00 |
| Videotape Parking | | | | 0.00 | 45.00 |
| Videotape Delivery | | | | 15.00 | 15.00 |

|  |  |
|---|---|
| **TOTAL DUE >>>** | **$1,565.00** |
| AFTER 12/14/2019  PAY | $1,799.75 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238

Phone: 512-334-4500    Fax:512-334-4492

# I N V O I C E



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 603832 | 12/8/2019 | 267680 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2019 | 1:18-CV-00878-RP | |

| Case Name | |
|---|---|
| Q2 Software, Inc. vs. Radius Bank | |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Ryan Pierce, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| | |
|---|---|
| ORIGINAL TRANSCRIPT OF: | |
| Robert Landstein | 677.00 |
| ORIGINAL TRANSCRIPT OF: | |
| Damon Greenberg - Vol. II | 1,027.90 |
| **TOTAL DUE >>>** | **$1,704.90** |

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                                                                    Phone: 512-334-4500     Fax:

*Please detach bottom portion and return with payment.*

Ryan Pierce, Esq.
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 267680 | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software, Inc. vs. Radius Bank | | |
| Invoice No. | : 603832 | Invoice Date | : 12/8/2019 |
| **Total Due** | **: $1,704.90** | | |

| PAYMENT WITH CREDIT CARD          AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:                 Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:   **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

# INVOICE



## Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 602072 | 12/8/2019 | 267681 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2019 | 1:18-CV-00878-RP | |

| Case Name | |
|---|---|
| Q2 Software, Inc. vs. Radius Bank | |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Joyce Goodman
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

Video Services
    Robert Landstein, Damon Greenburg - Vol. II                           1,160.00

                                              **TOTAL DUE >>>**       **$1,160.00**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                            Phone: 512-334-4500   Fax:

*Please detach bottom portion and return with payment.*

Joyce Goodman
Reeves & Brightwell LLP
221 W 6th St
Ste 1000
Austin, TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 267681 | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software, Inc. vs. Radius Bank | | |
| Invoice No. | : 602072 | Invoice Date | : 12/8/2019 |
| **Total Due** | : **$1,160.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA  16148-0922**

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140089636 | 10/31/2019 | 311852 |
| **Job Date** | **Case No.** | |
| 10/18/2019 | 118CV00878 | |
| **Case Name** | | |
| Q2 Software, INC. v. Radius Bank | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan Pierce
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX  78701

---

ORIGINAL AND ONE ELECTRONIC CERTIFIED COPY TRANSCRIPT OF:

    Phillip D. Peters                                                                                          1,838.05

        Delivery Original Waived or After R&S

    (TAXABLE  $1,783.05)

                                            **TOTAL DUE >>>**              **$1,838.05**

                                            AFTER 12/15/2019  PAY                 $2,113.76

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

---

**Tax ID:** 76-0523238                                                                 Phone: 512-334-4500    Fax:512-334-4492

*Please detach bottom portion and return with payment.*

Ryan Pierce
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX  78701

| | | |
|---|---|---|
| Invoice No. | : | 140089636 |
| Invoice Date | : | 10/31/2019 |
| **Total Due** | : | **$1,838.05** |
| AFTER 12/15/2019 PAY | | $2,113.76 |

Remit To:  **U.S. Legal Support**
             **P.O. Box 4772-14**
             **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 311852 |
| BU ID | : | 1-HOU |
| Case No. | : | 118CV00878 |
| Case Name | : | Q2 Software, INC. v. Radius Bank |

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140089048 | 10/26/2019 | 311854 |
| **Job Date** | **Case No.** | |
| 10/18/2019 | 118CV00878 | |
| **Case Name** | | |
| Q2 Software, INC. v. Radius Bank | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ryan Pierce
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX 78701

| VIDEOTAPE SERVICES OF: | | | | |
|---|---|---|---|---|
| Peters, Phillip | | | | 0.00 |
| Videotape 1st Hour | | | 250.00 | 250.00 |
| Videotape Additional Hours | 7.00  Hours | @ | 125.00 | 875.00 |
| Video Conversion - CD/DVD/MPEG | | | 30.00 | 30.00 |
| Videotape Media and Master Archive | 7.00  Disks | @ | 10.00 | 70.00 |
| Videotape Parking | | | 30.00 | 30.00 |
| Videotape Delivery | | | 15.00 | 15.00 |
| | **TOTAL DUE  >>>** | | | **$1,270.00** |
| | AFTER 12/10/2019 PAY | | | $1,460.50 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Tax ID: 76-0523238                                                                                   Phone: 512-334-4500   Fax:512-334-4492

*Please detach bottom portion and return with payment.*

Ryan Pierce
Reeves & Brightwell, L.L.P.
221 West 6th Street
Suite 1000
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 140089048 |
| Invoice Date | : | 10/26/2019 |
| **Total Due** | **:** | **$1,270.00** |
| AFTER 12/10/2019 PAY $1,460.50 | | |

Remit To:  **U.S. Legal Support**
              **P.O. Box 4772-14**
              **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 311854 |
| BU ID | : | 1-HOU |
| Case No. | : | 118CV00878 |
| Case Name | : | Q2 Software, INC. v. Radius Bank |

# INVOICE

Hoffman Reporting & Video Service
Locust Street Professional Building
206 East Locust Street
San Antonio TX  78212
Phone:210-736-3555   Fax:210-736-6679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1033498 | 1/7/2020 | 31408 |

| Job Date | Case No. | |
|---|---|---|
| 12/3/2019 | 1:18-CV-00878-RP | |

| Case Name | | |
|---|---|---|
| Q2 Software, Inc. vs. Radius Bank | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Ms. Mansi Rodgers
Reeves & Brightwell, LLP
221 W. 6th Street, Suite 100
Austin TX  78701

One Copy Of The Oral And Video Deposition Of:

  Corp. Rep. of Coy Joyner  (CONTAINS CONFIDENTIAL PORTIONS)                                                  1,483.79

                                                                        **TOTAL DUE  >>>**            **$1,483.79**

Thank you for your business!
You may deduct $134.89 if paid by 02/07/2020.
Hoffman Reporting accepts Visa / MasterCard / American Express.
Invoice(s) due upon receipt and is not contingent upon your client's payment.

Amount paid after deduction:  $1,348.90

**Tax ID:** 81-3709628                                        Phone: 512.334.4500   Fax:512.334.4492

*Please detach bottom portion and return with payment.*

Ms. Mansi Rodgers
Reeves & Brightwell, LLP
221 W. 6th Street, Suite 100
Austin TX  78701

| | | | | |
|---|---|---|---|---|
| Job No. | : 31408 | | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | | |
| Case Name | : Q2 Software, Inc. vs. Radius Bank | | | |
| Invoice No. | : 1033498 | | Invoice Date | : 1/7/2020 |
| **Total Due** | **: $1,483.79** | | | |

Remit To:  **Hoffman Reporting & Video Service**
           **Locust Street Professional Building**
           **206 East Locust Street**
           **San Antonio TX  78212**

**PAYMENT WITH CREDIT CARD**                         AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE

Hoffman Reporting & Video Service
Locust Street Professional Building
206 East Locust Street
San Antonio TX  78212
Phone:210-736-3555   Fax:210-736-6679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1033501 | 1/7/2020 | 31424 |

| Job Date | Case No. | |
|---|---|---|
| 12/10/2019 | 1:18-CV-00878-RP | |

| Case Name | |
|---|---|
| Q2 Software, Inc. vs. Radius Bank | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Ms. Mansi Rodgers
Reeves & Brightwell, LLP
221 W. 6th Street, Suite 100
Austin TX  78701

One Copy Of The Oral And Video Deposition Of:

    Chris Peterson

                                                 704.88

**TOTAL DUE  >>>**          **$704.88**

Thank you for your business!
You may deduct $64.08 if paid by 02/07/2020.
Hoffman Reporting accepts Visa / MasterCard / American Express.
Invoice(s) due upon receipt and is not contingent upon your client's payment.

Amount paid after deduction:  $650.80

**Tax ID:** 81-3709628

Phone: 512.334.4500   Fax:512.334.4492

*Please detach bottom portion and return with payment.*

Ms. Mansi Rodgers
Reeves & Brightwell, LLP
221 W. 6th Street, Suite 100
Austin TX  78701

| | | | |
|---|---|---|---|
| Job No. | : 31424 | BU ID | : 1-MAIN |
| Case No. | : 1:18-CV-00878-RP | | |
| Case Name | : Q2 Software, Inc. vs. Radius Bank | | |
| Invoice No. | : 1033501 | Invoice Date | : 1/7/2020 |
| **Total Due** | : **$704.88** | | |

Remit To:    **Hoffman Reporting & Video Service**
               **Locust Street Professional Building**
               **206 East Locust Street**
               **San Antonio TX  78212**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# Lily I. Reznik, CRR, RMR

Official Court Reporter
United States District Court
Austin Division
501 West 5th Street, Suite 4153
Austin, Texas 78701
(512)391-8792

Date:          January 14, 2020
Invoice No.:   19-506

**Manasi Rodgers**
Reeves & Brightwell LLP
221 W. 6th Street, Ste 1000
Austin, TX 78701

Docket No. A 18-CA-878 RP, Q2 Software, Inc. vs. Radius Bank, United States District Court, Western District of Texas, before the Honorable Susan Hightower.

Transcription of Telephonic Conference, January 9, 2020.
(23 pages @ $6.20 per page.)

**Total  due:**        $ 142.60

66 **Case No. 1:18-cv-878-RP Q2 v. Radius Bank** 99

## Transaction Details

Transaction ID: 91739883795418614                    January 28, 2020

Money sent                                           **$24.25 USD**

Fee                                                  $1.00 USD

PAID WITH

VISA 4419                                            $25.25 USD

You paid                                             **$25.25 USD**

**Pamela Andasola will receive**                     $24.25 USD

2

## Joyce Goodman

**From:**     James Ferrell <James_Ferrell@txwd.uscourts.gov>
**Sent:**     Thursday, January 09, 2020 2:19 PM
**To:**       Joyce Goodman
**Subject:**  RE: 1:18-cv-878-RP, Q2 v. Radius Bank

I'll get started on creating an audio CD now and will inform you when it's available for pickup at the front desk of the U.S. District Clerk's office upon receipt of $31 payment by check or money order.

**From:** Joyce Goodman <jgoodman@reevesbrightwell.com>
**Sent:** Thursday, January 9, 2020 2:13 PM
**To:** James Ferrell <James_Ferrell@txwd.uscourts.gov>
**Subject:** RE: 1:18-cv-878-RP, Q2 v. Radius Bank

Thank you, James. I would like an audio recording, and I also want a transcript. Are you able to help me with obtaining a copy of the recording? I will call Ms. Andasola to arrange for the transcript.

**Joyce Goodman** | Paralegal | 512-334-4505 | fax 512-334-4492 | jgoodman@reevesbrightwell.com
**Reeves & Brightwell LLP**, 221 W. 6th Street, Suite 1000, Austin, TX 78701-3410

The information in this email may be confidential and privileged. If you are not the intended recipient, be aware that any review of this communication is prohibited, and you should notify the sender by return email and delete this email from your system.

**From:** James Ferrell <James_Ferrell@txwd.uscourts.gov>
**Sent:** Thursday, January 09, 2020 1:58 PM
**To:** Joyce Goodman <jgoodman@reevesbrightwell.com>
**Subject:** RE: 1:18-cv-878-RP, Q2 v. Radius Bank

If you're requesting an audio recording, that can be available by the end of the day today.

If you're requesting a transcript, you'd complete a Transcript Order form and contact the assigned court reporter for U.S. District Judge Robert Pitman: Ms. Pamela Andasola (512) 391-8540; Pamela_Andasola@txwd.uscourts.gov. She'd inform you of the approximate turn-around time.

Be sure to flatten the completed form prior to filing in the case. I've provided the website link below as a guide. The section "Transcript from an official court reporter (non-appeal)" applies to this matter
https://www.txwd.uscourts.gov/court-information/transcript-requests-and-fees/index.html

Sharp Copier Report
Q2-Radius
Oct 2018 - Jan 2020

| User Name | Copy:Black & White | Copy:Full Color | Printer:Black & White | Printer:Full Color | Scan:Black & White | Scan:Full Color | TTL Pages | Amt per Page | Total | Date of Report |
|---|---|---|---|---|---|---|---|---|---|---|
| Q2E100.00003 | 492 | 2 | 0 | 0 | 0 | 0 | 494 | 0.15 | $74.10 | 10/1/18 - 10/31/18 |
| Q2E100.00003 | 0 | 0 | 31 | 0 | 0 | 0 | 31 | 0.15 | 4.65 | 11/1/18 - 11/30/18 |
| Q2E100.00003 | 0 | 0 | 342 | 41 | 0 | 0 | 383 | 0.15 | $57.45 | 6/1/19 - 6/12/19 |
| Q2E100.00003 | 0 | 0 | 506 | 39 | 0 | 0 | 545 | 0.15 | 81.75 | 6/13/19 - 6/30/19 |
| Q2E100.00003 | 0 | 0 | 841 | 0 | 0 | 0 | 841 | 0.15 | 126.15 | 7/1/19 - 7/31/19 |
| Q2E100.00003 | 199 | 13 | 1669 | 18 | 0 | 0 | 1899 | 0.15 | $284.85 | 8/1/19 - 8/31/19 |
| Q2E100.00003 | 546 | 56 | 2783 | 148 | 0 | 0 | 3,533 | 0.15 | $529.95 | 9/1/19 - 9/30/19 |
| Q2E100.00003 | 540 | 0 | 4614 | 947 | 0 | 0 | 6,101 | 0.15 | $915.15 | 10/1/19 - 10/31/19 |
| Q2E100.00003 | 182 | 10 | 2585 | 546 | 68 | 0 | 3,391 | 0.15 | 508.65 | 11/1/19 - 11/30/19 |
| Q2E100.00003 | 926 | 128 | 3138 | 1 | 0 | 0 | 4,193 | 0.15 | 628.95 | 12/1/19 - 12/31/19 |
| Q2E100.00003 | 881 | 250 | 1123 | 265 | 0 | 0 | 2,519 | 0.15 | 377.85 | 1/1/20 - 1/24/20 |
| Total billed to client | | | | | | | 23,930 | 0.15 | $3,589.50 | |