# EXHIBIT E

| **NON-TAXABLE EXPENSES** | |
|---|---:|
| CloudNine hosting and document production fees | $1,679.63 |
| FIS reimbursement of fees/expenses regarding Q2 subpoenas | $10,000.00 |
| Travel and associated expenses to Boston, MA and Houston, TX for depositions of Kevin Feeney, Robert Landstein, Phil Peters, and Damon Greenberg (10/16/2019 and 11/20/2019) (evidence of travel and associated expenses is included in Reeves & Brightwell's monthly invoices, submitted concurrently herewith) | $5,544.74 |
| Conference room in Braintree, MA for deposition of Robert Landstein | $420.00 |
| The Exhibit Company (non-refundable deposit for trial preparation) | $2,500.00 |
| Total | $20,144.37 |



14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

# Invoice

| | |
|---|---|
| Invoice Number: | 101996 |
| Date: | 6/30/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 7/30/2019 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | 7139969148 | |

| Account Manager | Account Manager Email | Account Manager Phone | Inv Memo |
|---|---|---|---|
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | June 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▓▓▓▓ | 6/1/2019 | 6/30/2019 | $240.00 |
| 1 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 6/1/2019 | 6/30/2019 | $40.00 |

Portion of invoice billed to Q2:
$43.84

| | |
|---|---|
| Subtotal | $280.00 |
| Project Management Fee | $8.40 |
| Tax($) | $18.48 |
| Shipping Cost | |
| **Total** | **$306.88** |

---

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 6/30/2019 | $306.88 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048 DUNS: 175988968

Page 1 of 1



# Invoice

14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

| | |
|---|---|
| Invoice Number: | 102271 |
| Date: | 7/31/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 8/30/2019 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | 7139969148 | |
| **Account Manager** | **Account Manager Email** | **Account Manager Phone** | **Inv Memo** |
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | July 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▓▓▓▓ | 7/1/2019 | 7/31/2019 | $240.00 |
| 3 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 7/1/2019 | 7/31/2019 | $120.00 |

Portion of invoice billed to Q2: $131.52

| | |
|---|---|
| Subtotal | $360.00 |
| Project Management Fee | $10.80 |
| Tax($) | $23.76 |
| Shipping Cost | |
| **Total** | **$394.56** |

---

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 7/31/2019 | $394.56 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048   DUNS: 175988968

Page 1 of 1



| | | Invoice | |
|---|---|---|---|
| | | Invoice Number: | 102650 |
| | | Date: | 8/30/2019 |
| 14655 Northwest Freeway | | Account No.: | 634 |
| Suite 135 | | Terms: | Net 30 |
| Houston TX 77040 | | PO Number: | |
| United States | | | |
| FEIN: 82-4580048 | | Due Date: | 9/29/2019 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | 7139969148 | |
| **Account Manager** | **Account Manager Email** | **Account Manager Phone** | **Inv Memo** |
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | 1908aug118- Q2-Radius_Bank - Backfill |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 0.5 | $200.00 | Tech Time- Backfill | 8/21/2019 | 8/21/2019 | $100.00 |

| | |
|---|---|
| Subtotal | $100.00 |
| Project Management Fee | $3.00 |
| Tax($) | $6.60 |
| Shipping Cost | |
| Total | $109.60 |

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 8/30/2019 | $109.60 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048   DUNS: 175988968

Page 1 of 1



# Invoice

14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

| | |
|---|---|
| Invoice Number: | 102587 |
| Date: | 8/31/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 9/30/2019 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | 7139969148 | |
| **Account Manager** | **Account Manager Email** | **Account Manager Phone** | **Inv Memo** |
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | Aug 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▇▇▇ | 8/1/2019 | 8/31/2019 | $240.00 |
| 3 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 8/1/2019 | 8/31/2019 | $120.00 |

Portion of invoice billed to Q2: $131.52

| | |
|---|---|
| Subtotal | $360.00 |
| Project Management Fee | $10.80 |
| Tax($) | $23.76 |
| Shipping Cost | |
| **Total** | **$394.56** |

---

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 8/31/2019 | $394.56 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048 DUNS: 175988968

Page 1 of 1



# Invoice

| | |
|---|---|
| Invoice Number: | 102923 |
| Date: | 9/30/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 10/30/2019 |

14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | 7139969148 | |
| **Account Manager** | **Account Manager Email** | **Account Manager Phone** | **Inv Memo** |
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | Sept 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▮ | 9/01/2019 | 9/30/2019 | $240.00 |
| 3 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 9/01/2019 | 9/30/2019 | $120.00 |

Portion of invoice billed to Q2: $131.52

| | |
|---|---|
| Subtotal | $360.00 |
| Project Management Fee | $10.80 |
| Tax($) | $23.76 |
| Shipping Cost | |
| **Total** | **$394.56** |

---

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 9/30/2019 | $394.56 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048   DUNS: 175988968

Page 1 of 1



14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

# Invoice

| | |
|---|---|
| Invoice Number: | 103249 |
| Date: | 10/31/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 11/30/2019 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | (713) 462-6464 x1113 | |

| Account Manager | Account Manager Email | Account Manager Phone | Inv Memo |
|---|---|---|---|
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | Oct 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▓▓▓ | 10/1/2019 | 10/31/2019 | $240.00 |
| 3 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 10/1/2019 | 10/31/2019 | $120.00 |

Portion of invoice billed to Q2: $131.52

| | |
|---|---|
| Subtotal | $360.00 |
| Project Management Fee | $10.80 |
| Tax($) | $23.76 |
| Shipping Cost | |
| **Total** | **$394.56** |

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 10/31/2019 | $394.56 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048   DUNS: 175988968

Page 1 of 1



# Invoice

14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

| | |
|---|---|
| Invoice Number: | 103548 |
| Date: | 11/30/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 12/30/2019 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | (713) 462-6464 x1113 | |

| Account Manager | Account Manager Email | Account Manager Phone | Inv Memo |
|---|---|---|---|
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | Nov 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▮▮▮ | 11/1/2019 | 11/30/2019 | $240.00 |
| 3.5 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 11/1/2019 | 11/30/2019 | $140.00 |

Portion of invoice billed to Q2: $153.44

| | |
|---|---|
| Subtotal | $380.00 |
| Project Management Fee | $11.40 |
| Tax($) | $25.08 |
| Shipping Cost | |
| **Total** | **$416.48** |

---

Cloud9 Discovery LLC

# Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 11/30/2019 | $416.48 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048 DUNS: 175988968

Page 1 of 1



# Invoice

14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

| | |
|---|---|
| Invoice Number: | 103934 |
| Date: | 12/31/2019 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 1/30/2020 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | (713) 462-6464 x1113 | |

| Account Manager | Account Manager Email | Account Manager Phone | Inv Memo |
|---|---|---|---|
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | Dec 2019 Monthly Hosting |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Totals |
|---|---|---|---|---|---|
| 6 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 6203 ▮ | 12/1/2019 | 12/31/2019 | $240.00 |
| 3.5 | $40.00 | CloudNine Review Hosting---Monthly---Per GB Project ID: 7490 Q2-Radius_Bank | 12/1/2019 | 12/31/2019 | $140.00 |

Portion of invoice billed to Q2: $153.44

| | |
|---|---|
| Subtotal | $380.00 |
| Project Management Fee | $11.40 |
| Tax($) | $25.08 |
| Shipping Cost | |
| Total | $416.48 |

---

Cloud9 Discovery LLC

## Remittance Slip

| Bill To Customer | Date | Amount Due | Amount Paid |
|---|---|---|---|
| 634 Reeves & Brightwell | 12/31/2019 | $416.48 | |

**Make Checks Payable To**

Cloud9 Discovery LLC
PO Box 670502
Dallas TX 75267-0502
United States

To Remit by Wire, ACH or Credit Card by Phone,
Please Call 877-595-6464
Please include invoice number on all remittance checks

FEIN: 82-4580048  DUNS: 175988968

Page 1 of 1



14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

# Invoice

| | |
|---|---|
| Invoice Number: | 104271 |
| Date: | 1/31/2020 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 3/1/2020 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project | |
|---|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | (713) 462-6464 x1113 | 7490 Q2-Radius_Bank | |
| **Account Manager** | **Account Manager Email** | **Account Manager Phone** | **Inv Memo** | |
| Cindy Milanovich | cmilanovich@ediscovery.co | 9042105300 | 2001jan105; 151; 136- Q2-Radius_Bank | |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Bill Schedule | Totals |
|---|---|---|---|---|---|---|
| 0.5 | $200.00 | Tech Time- Remove load<br><br>2001jan105: 0.5hr | 1/21/2020 | 1/21/2020 | | $100.00 |
| 1.5 | $75.00 | Cloud Based Web Hosting---Data Load Fee---GB/Hourly---database<br><br>2001jan105: 0.5hr<br>2001jan151: 0.5hr<br>2001jan136: 0.5hr | 1/15/2020 | 1/20/2020 | | $112.50 |

| | |
|---:|---:|
| Subtotal | $212.50 |
| Project Management Fee | $6.38 |
| Tax($) | $14.03 |
| Shipping Cost | |
| **Total** | **$232.91** |

FEIN: 82-4580048 DUNS: 175988968

Page 1 of 2



# Invoice

14655 Northwest Freeway
Suite 135
Houston TX 77040
United States
FEIN: 82-4580048

| | |
|---|---|
| Invoice Number: | 104317 |
| Date: | 1/31/2020 |
| Account No.: | 634 |
| Terms: | Net 30 |
| PO Number: | |
| Due Date: | 3/1/2020 |

**Bill To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

**Ship To**
634 Reeves & Brightwell
221 W. 6th Street
Suite 1000
Austin TX 78701
United States

| Sales Rep | Sales Rep Email | Sales Rep Phone | Project |
|---|---|---|---|
| Clint Lehew | clehew@cloudnine.com | (713) 462-6464 x1113 | |

| Account Manager | Account Manager Email | Account Manager Phone | Inv Memo |
|---|---|---|---|
| Misti Jones | mjones@ediscovery.co | (713) 462-6464 x1414 | CloudNine Review Monthly Hosting January 2020 |

| Qty (Gigs) | Rate $ | Item Description | Invoice Start Date | Invoice End Date | Bill Schedule | Totals |
|---|---|---|---|---|---|---|
| 10.5 | $40.00 | CloudNine Review Monthly Hosting---Project ID : 7490 Q2-Radius_Bank | 1/1/2020 | 1/31/2020 | | $420.00 |
| 6 | $40.00 | CloudNine Review Monthly Hosting---Project ID : 6203 ▇▇▇▇▇ | 1/1/2020 | 1/31/2020 | | $240.00 |

Portion of invoice billed to Q2: $460.32

| | |
|---|---|
| Subtotal | $660.00 |
| Project Management Fee | $19.80 |
| Tax($) | $43.56 |
| Shipping Cost | |
| **Total** | **$723.36** |

FEIN: 82-4580048 DUNS: 175988968

Page 1 of 2

FIS  
5430 Data Court, Suite 100  
Ann Arbor, MI 48108



Invoice Number: 28528213  
Page: 1 of 1  
Invoice Date: 12/06/2019  
Services for the month of November 2019

# INVOICE

Q2 SOFTWARE, INC.  
SUITE 150  
13785 RESEARCH BLVD  
AUSTIN, TX 78750

ATTN: Accounts Payable

Account Number: 90435  
Account Executive: Rodney D. Schultz (RDS)  
Territory:  
Terms: Net 30

| Description | Units | Unit Price | Extended |
|---|---|---|---|
| **Bill Consolidation and Payment Svcs** | | | |
| Cost/Exp Assoc w/Q2 v.Radius Litigation | 1 | 10,000.00000 | 10,000.00 |
| **Bill Consolidation and Payment Svcs Total:** | | | **$10,000.00** |
| **Invoice Total:** | | | **$10,000.00** |

Please remit to:

**Accounting Department**  
**FIS**  
**PO Box 4535**  
**Carol Stream, IL 60197-4535**

§ — Taxable Item

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CONTACT:  
FIS BILLING AT FISBILLING@FISGLOBAL.COM OR  
1-866-275-6868, OPTION 7-2.

CONFIDENTIAL

Q2-Radius-008768



**Hyatt Place Boston/Braintree**
50 Forbes Road
Braintree, MA 02184
Tel: 781-848-0600
Fax: 781-848-0601
braintree.place.hyatt.com

INVOICE

Reeves & Brightwell
United States

| | | |
|---|---|---|
| Room No. | 9601 |
| Arrival | 11-20-19 |
| Departure | 11-20-19 |

Confirmation No.
Group Name

Folio Window   1
Folio No.   307822

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 11-20-19 | Banquet Room Rental | MP5 | 400.00 | |
| 11-20-19 | Banquet Miscellaneous | | 20.00 | |
| 11-20-19 | Visa | XXXXXXXXXXXX4419 XX/XX | | 420.00 |
| | **Total** | | 420.00 | 420.00 |
| | **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Place Boston/Braintree. Our goal is to provide every guest with an exceptional stay and we are interested in any comments regarding your visit.

Please remit payment to:
Hyatt Place Boston/Braintree
50 Forbes Road
Braintree, MA 02184

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com



# INVOICE

Reeves Brightwell
221 W 6th St
AUSTIN TEXAS 78701

**Invoice Date**
Jan 6, 2020

**Invoice Number**
INV-0264

**Reference**
Q2

The Exhibit Company
1508 San Antonio St
Austin, TX 78701
(512) 322-9410

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Reservation Fee: In-Trial Support Reservation Fee - Non-refundable Feb 3 Trial Fed Court - Q2 | 1.00 | 2,500.00 | Tax Exempt | 2,500.00 |
| | | | Subtotal | 2,500.00 |
| | | | **TOTAL USD** | 2,500.00 |
| | | | Less Amount Paid | 2,500.00 |
| | | | **AMOUNT DUE USD** | 0.00 |

Due Date: Jan 20, 2020

--- ✂ --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

# PAYMENT ADVICE

To: The Exhibit Company
1508 San Antonio St
Austin, TX 78701
(512) 322-9410

**Customer** Reeves Brightwell
**Invoice Number** INV-0264
**Amount Due** 0.00
**Due Date** Jan 20, 2020
**Amount Enclosed** _____
Enter the amount you are paying above