UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Q2 SOFTWARE, INC., | § § § | |
| Plaintiff, | § § | **CASE NO. 1:18-CV-00878-RP** |
| v. | § § | |
| RADIUS BANK, | § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

After reviewing Plaintiff's motion for attorneys' fees, expenses, and costs, and having reviewed the evidence submitted in support of that motion, the Court is of the opinion that the fees, expenses, and costs are necessary and reasonable, and finds that the motion should be **GRANTED.**

Accordingly, Radius is **ORDERED** to remit to Q2 through its counsel $_____ in fees and _____ in expenses and costs, on or before _____, 2020.

It is further **ORDERED** that Q2 is entitled to a conditional attorneys' fees award of $15,000 in the event Radius files an unsuccessful post-judgment motion and a conditional attorneys' fees award of $25,000 in the event Radius files an unsuccessful appeal.

SIGNED on this _____ day of _____ 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE